# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2334 | **DATE** | 5/9/2012 |
| **CASE TITLE** | Zafar Sheikh vs. Marc Lichtman, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss or for clarification [54] is entered and continued. Pursuant to Federal Rule of Civil Procedure 12(f), the Clerk of the Court is instructed not to file Plaintiff's response on the docket, or to strike Plaintiff's response if it has already been filed on the docket. *See* Fed. R. Civ. P. 12(f)(1) (stating that the court may on its own "strike from a pleading . . . any redundant, immaterial, impertinent, or scandalous matter"). Plaintiff will be given another opportunity to respond to the instant motion without including the scandalous and immaterial facts alleged in his previous response. Plaintiff's should file an appropriate response to the instant motion by May 24, 2012, and City Defendants should file their reply on May 31, 2012. The court will issue its ruling on the motion by mail. All dates previously set in the case remain unchanged.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

City Defendants have filed a motion to dismiss or for clarification. In their motion, City Defendants indicate that their original motion to dismiss was intended to cover all claims brought by Plaintiff, and that they failed to specifically address certain claims brought by Plaintiff due to the length and organization of Plaintiff's *pro se* complaint. Based on City Defendant's representations, the court will consider the instant motion. The court notes that Plaintiff delivered a courtesy copy of his response to the instant motion to chambers on May 8, 2012. Plaintiff's response contained scandalous allegations regarding an individual who is not a party to this action. Pursuant to Federal Rule of Civil Procedure 12(f), the clerk of the court is instructed not to file Plaintiff's response on the docket, or to strike Plaintiff's response if it has already been filed on the docket. *See* Fed. R. Civ. P. 12(f)(1) (stating that the court may on its own "strike from a pleading . . . any redundant, immaterial, impertinent, or scandalous matter"). Plaintiff will be given another opportunity to respond to the instant motion without including the scandalous and immaterial facts alleged in his previous response. Plaintiff's should file an appropriate response to the instant motion by May 24, 2012, and City Defendants should file their reply on May 31, 2012. The court will issue its ruling on the motion by

**STATEMENT**

mail.  All dates previously set in the case remain unchanged.